PER CURIAM.
 

 The defendant appeals his conviction and sentence for a violation of probation based on his arrest on new charges. He argues the court erred in finding that he violated his probation and in failing to enter a written order of revocation. We find no error in the court’s finding that the defendant violated his probation, but we do find error in the trial court’s failure “to enter a written order specifying the specific condition of probation that [the defendant] violated....”
 
 Peterson v. State,
 
 962 So.2d 367, 369 (Fla. 4th DCA 2007). We therefore reverse and remand the case to the trial court for entry of a written order of revocation.
 

 Reversed in parí and remanded.
 

 STEVENSON, MAY and LEVINE, JJ„ concur.